STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  415.436.7700
Facsimile:  415.436.7706
Email:  Gabriela_Bischof@fd.org

Counsel for Defendant Casias

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VICTOR CASIAS,<br><br>　　　　Defendant. | No. CR 17-00434-EMC-1<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE TO MARCH 21, 2018** |

　　　The above-captioned case is currently set for sentencing on February 28, 2018 at 2:30 p.m. Defense counsel is still awaiting Child Protective Services documents relating to Mr. Casias, and other documents for sentencing mitigation. As a result, counsel for Mr. Casias accordingly requests that the sentencing hearing now scheduled for February 28 be vacated, and that the matter be added to the Court's calendar at 2:30 p.m. on March 21, 2018, or as soon thereafter as it can be heard, so that the mitigation documents before sentencing submissions are due. The government does not object to Mr. Casias's request. Defense counsel has conferred with Probation and the government, and both are available on the requested date.

//

//

1

IT IS SO STIPULATED.

Dated: February 8, 2018

/s/
STEVEN G. KALAR
Federal Public Defender
Northern District of California
GABRIELA BISCHOF
Assistant Federal Public Defender

Dated February 8, 2018

/s/
ALEX TSE
Acting United States Attorney
Northern District of California
SAMANTHA SCHOTT
Special Assistant United States Attorney

**IT IS SO ORDERED.**

Dated 2/9/2018

EDWARD M. CHEN
United States Magistrate Judge

*IT IS SO ORDERED*
Judge Edward M. Chen