DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3695
FAX: (510) 637-3724
Thomas.Green@usdoj.gov

Attorneys for United States of America

FILED

MAR 11 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR CASIAS,

    Defendant.

) CASE NO. CR 17-0434 EMC
)
)
) ORDER REDUCING TERM OF SUPERVISED
) RELEASE
)
)
)
)
)
)
)

Good cause appearing,

IT IS HEREBY ORDERED THAT the term of supervised release is REDUCED by a term of one year.

IT IS SO ORDERED.

DATED: March 10, 2020

EDWARD M. CHEN
United States District Judge

ORDER REDUCING TERM OF SUPERVISED RELEASE
CR 17-0434 EMC     1